BROOKLYN HEIGHTS R. CO., Appellant, v. STEERS et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 31, 1913.) Action by the Brooklyn

Heights Railroad Company against Alfred E. Steers, individually and as President of the Borough of Brooklyn and another. No opinion. Judgment affirmed, with costs. See, also, 151 App. Div. 888, 135 N. Y. Supp. 1102.